IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C.
JAN 21 2014

| | |
|---|---|
| SHERYLE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. |
| v. | ) |
| | ) 1:13-CV-02141-ODE |
| OPTIMA SERVICE SOLUTIONS, | ) |
| LLC, DAVE GORDON, and | ) |
| STEVE GORDON, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This Court, having read the Joint Motion for Order Approving Settlement submitted by Plaintiff and Defendants, approves the Settlement Agreement attached as Exhibit A to the motion. Accordingly, the parties' motion is granted. It is hereby ordered that Plaintiff's claims against Defendants are dismissed with prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that the parties' Joint Motion seeking approval of the parties' stipulated settlement agreement is approved.

THIS 21 day of January, 2014.

_____
HON. ORINDA D. EVANS
United States District Court Judge